JOHN M. RUNFOLA (CSBN 096058)

Pier 9, Suite 100
The Embarcadero
San Francisco, CA 94111-1497
Telephone: (415) 391-4243
Facsimilie: (415) 391-5161
Email: john@johnmrunfola.com

Attorney for FRANCISCO TOMAS REUS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 3:21-cr-00161-RS |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| FRANCISCO TOMAS REUS, | |
| Defendant. | |

It is hereby requested by counsel for the defendant Francisco Tomas Reus and the United States, that the status hearing scheduled for May 11, 2021 at 2:30 p.m. be rescheduled for May 25, 2021 at 2:30 p.m. The reasons for this request are as follows: The defense is reviewing voluminous discovery provided by the government. Additionally, Defense counsel has a conflict on May 11, 2021.

The parties further stipulate and request that, under the Speedy Trial Act, the Court exclude time from May 11, 2021 until May 25, 2021. The defense is reviewing the discovery produced by the government and counsel is unable to appear on May 11, 2021. An exclusion is therefore appropriate under 18 U.S.C. § 3161(h)(7)(B)(iv), continuity of counsel and effective preparation of counsel, taking into account the exercise of due diligence. An exclusion of time from May 11, 2021 to May 25, 2021 is also appropriate under 18 U.S.C. § 3161(h)(7)(B)(iv), as the ends of justice served the granting of such continuance outweigh the best interest of the public and the defendant in a speedy trial.

The undersigned counsel for defendant Francisco Tomas Reus certifies that he has obtained approval from counsel for defendant and the Assistant United States Attorney to file this stipulation and

proposed order.

      IT IS SO STIPULATED.

DATED: April 28, 2021               /s/ Joseph Tartakovsky
                                                 JOSEPH TARTAKOVSKY
                                                 Assistant United States Attorney

DATED: April 28, 2021               /s/ John M. Runfola
                                                 JOHN M. RUNFOLA
                                                 Counsel for Defendant Francisco Reus

**ORDER**

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court reschedules the status hearing scheduled for May 11, 2021 at 2:30 p.m. and schedules a status hearing for May 25, 2021 at 2:30 p.m.

The Court further finds that failing to exclude the time from May 11, 2021 until May 25, 2021 would unreasonably deny defense counsel and the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from May 11, 2021 until May 25, 2021 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial.

Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from May 11, 2021 until May 25, 2021 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: April 29, 2021

HON. RICHARD SEEBORG
Chief United States District Judge