IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANCISCO TOMAS REUS,<br><br>Witness. | Case No. CR 21-161 RS<br><br>[PROPOSED] ORDER<br>APPOINTING COUNSEL |

The above named individual is seeking appointed counsel to assist him in filing a motion for early termination of supervised release. Having testified under oath or having otherwise satisfied this court that he (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and, because the interests of justice so require, the Court finds that the individual is indigent, therefore;

IT IS ORDERED that the office of the Federal Public Defender be appointed to represent Mr. Reus:

Ned Smock
Federal Public Defender
450 Golden Gate Ave.
Rm 19-6884, Box 36106
San Francisco, CA 94102
Phone: 415-436-7700
Email: ned_smock@fd.org

IT IS SO ORDERED.

10/2/2024
Date

PETER KANG
United States Magistrate Judge

1